UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| WILLIAM CHARLES FREDERICK #730193 | CASE NO. 6:17-CV-00826 SEC P |
| VERSUS | JUDGE MICHAEL J. JUNEAU |
| ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED AND DECREED** that all claims against defendants St. Mary Parish Law Enforcement Center, Sheriff Mark Hebert, Danny Faulks, Nathan Jones and Nurse Lori be **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all claims relating to Wanda Jackson allowing a detainee into the cell block with Plaintiff, prison officials opening incoming mail, and all complaints involving the prison grievance process be **DISMISSED WITH PREJUDICE** as frivolous and

for failure to state a claim on which relief can be granted, under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 12th day of March, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE