UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM CHARLES FREDERICK** | **CIVIL ACTION NO.  6:17-CV-00826** |
| | **C/W NO. 6:17-CV-00828** |
| **VERSUS** | |
| | **JUDGE JUNEAU** |
| **ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

**THIS MATTER** was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation, Rec. Doc. 51. After an independent review of the record, and noting the absence of any objection, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Wesley Thomas' Motion to Dismiss, Rec. Doc. 46, is **GRANTED**. The plaintiff's claims against Wesley Thomas are time-barred and thus are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 23rd day of March, 2021.

_____
MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE