UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM CHARLES FREDERICK** | **CASE NO. 6:17-CV-00826** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **ST. MARY PARISH LAW ENFORECEMENT CENTER, ET AL** | **CASE NO. 6:17-CV-00826** |

*Consolidated with*

| | |
|---|---|
| **WILLIAM CHARLES FREDERICK** | **CASE NO. 6:17-CV-00828** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **ST. MARY PARISH LAW ENFORCEMENT CENTER, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Robyn Landry's Motion to Dismiss [Rec. Doc. 59] be **GRANTED**, dismissing plaintiff's claims against Robyn Landry **WITH PREJUDICE** as time-barred.

**IT IF FURTHER ORDERED, ADJUDGED AND DECRRED** that claims against defendants Shela and Nurse Kera be **DISMISSED WITHOUT PREJUDICE** for failure to effect service in compliance with the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that claims against Correct Health Medical Center and Wanda Jackson be **DISMISSED WITHOUT PREJUDICE** for failure to effect service in compliance with the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in Chambers this 19th day of May 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT