UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **WILLIAM CHARLES FREDERICK** #730193 | **CASE NO. 17-cv-826 SECTION P LEAD** |
| **VERSUS** | **JUDGE DRELL** |
| **ST. MARY PARISH LAW ENFORCEMENT CENTER** | **MAGISTRATE JUDGE WHITEHURST** |
| *Consolidated with* | |
| **WILLIAM CHARLES FREDERICK** | **CASE NO. 6:17-CV-00828** |
| **VERSUS** | **JUDGE DRELL** |
| **ST. MARY PARISH LAW ENFORCEMENT CENTER** | **MAGISTRATE JUDGE WHITEHURST** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record, noting the absence of objections filed thereto, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Deputy Moore's Motion to Dismiss (Doc. 65) is **GRANTED** and all claims against Deputy Moore are **DISMISSED WITH PREJUDICE** as time barred.

**IT IS FURTHER ORDERED** that Captain Green's Motion to Dismiss (Doc. 68) is **GRANTED** and all claims against Captain Green are **DISMISSED WITHOUT PREJUDICE**

for failure to exhaust.

THUS DONE AND SIGNED at Alexandria, Louisiana this 24th day of June 2022.

                                                  DEE D. DRELL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT